John S. Garrity, appellee, v. John W. Ford, Jr., and C. P. Bellock, trading as Ford, Bellock & Company, and Bernard G. Blanchard, appellants. Gen. No. 29,217.

Action to recover money paid on contract for purchase of real estate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

James B. McKeon, for appellants Ford, Bellock & Co. Delbert A. Clithero, for appellant Bernard G. Blanchard. O'Brien, Rutledge & Hayes, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Robert B. Clark, appellant, v. Louis Donovon and R. B. Stallworth. R. B. Stallworth, appellee. Gen. No. 29,226.

Action to recover for services rendered to the defendants in connection with proposed purchase of real estate. Judgment against plaintiff for costs. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Marshall E. Gallion, for appellant. William E. Rafferty, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Kate Bruckman, appellee, v. Sam Samson et al., on appeal of Ida Samson, appellant. Gen. No. 29,244.

Bill for partition. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Albert Sabath, for appellant. Landfield & Levin, for appellee; I. Archer Levin, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Feliks Wanatowicz, appellee, v. Stanislaw G. Milewski and Anastazya Milewski. Stanislaw G. Milewski, appellant. Gen. No. 29,281.

Action to recover real estate commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Certiorari denied by Supreme Court (making opinion final).

Jacob Levy, for appellant. Daniel L. Madden, for appellee; Roy C. Merrick, of counsel.

Mr. Justice Thomson delivered the opinion of the court.